CLOSED

# U.S. District Court
# Western District of Louisiana (Monroe)
# CIVIL DOCKET FOR CASE #: 3:07-cv-00945-RGJ-KLH

Nelson v. Morehouse General Hospital et al
Assigned to: Judge Robert G James
Referred to: Magistrate Judge Karen L Hayes
Demand: $0
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/04/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Barbara Nelson**

represented by **Anthony J Bruscato**
P O Box 2374
Monroe, LA 71207
318-325-7577
Fax: 318-325-7532
Email: bruscato@jam.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

represented by **James B Irwin**
Irwin Fritchie et al
400 Poydras St Ste 2700
New Orleans, LA 70130
504-310-2100
Fax: 504-310-2101
Email: jirwin@irwinllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Melancon**
Irwin Fritchie et al
400 Poydras St Ste 2700
New Orleans, LA 70130
504-310-2100
Fax: 504-310-2101
Email: dmelancon@irwinllc.com
*ATTORNEY TO BE NOTICED*

**Kirby T Griffis**
Spriggs & Hollingsworth

ATTEST: A TRUE COPY
DATE 8/22/07
ROBERT H. SHEMWELL, CLERK
BY [signature]
Deputy Clerk, U.S. District Court
Western District of Louisiana

1350 I St N W Ste 900
Washington, DC 20005
202-898-5828
Fax: 202-682-1639
Email: kgriffis@spriggs.com
*ATTORNEY TO BE NOTICED*

**Michael L Junk**
Spriggs & Hollingsworth
1350 I St N W Ste 900
Washington, DC 20005
202-898-5828
Fax: 202-682-1639
Email: mjunk@spriggs.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morehouse General Hospital**
*TERMINATED: 06/04/2007*

**Defendant**

**John M Lipka**
*TERMINATED: 06/04/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2007 | | FILING FEE: on behalf of Davol Inc in the amount of $350.00, receipt number 54635006823 (crt,Franklin, K) (Entered: 06/05/2007) |
| 06/04/2007 | | CASE assigned to Judge Robert G James and Karen L Hayes. (crt,Dean, S) (Entered: 06/07/2007) |
| 06/04/2007 | 1 | NOTICE of Removal by Davol Inc from 4th JDC, Morehouse Parish; case number 2007-255. (Attachments: # 1 State court petition; # 2 State Court Citation to Davol Inc issued on 04/26/07; # 3 Exhibit B; # 4 State Court Consent Judgment Dismissing claims against Morehouse General Hospital and John M Lipka; # 5 Civil cover sheet)(crt,Dean, S) (Entered: 06/07/2007) |
| 06/07/2007 | 2 | NOTICE of Corporate Disclosure Statement Requirement sent to James B Irwin, David M Melancon on behalf of Davol Inc. (crt,Dean, S) (Entered: 06/07/2007) |
| 06/07/2007 | 3 | CIVIL CASE MANAGEMENT ORDER for cases assigned to Judge Robert G James sent to pending counsel of record. (crt,Dean, S) (Entered: 06/07/2007) |
| 06/08/2007 | 4 | REMOVAL ORDER forwarded to all counsel of record. Signed by Judge C Michael Hill on 6/8/07. (crt,Roaix, G) (Entered: 06/08/2007) |

| | | |
|---|---|---|
| 06/11/2007 | 5 | CORPORATE DISCLOSURE STATEMENT by Davol Inc identifying C R Bard Inc as Corporate Parent. (aty,Irwin, James) Modified on 6/12/2007 to edit text (Williams, L). (Entered: 06/11/2007) |
| 06/11/2007 | 6 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Davol Inc.(aty,Irwin, James) (Entered: 06/11/2007) |
| 06/14/2007 | 7 | MOTION for Michael L. Junk to Appear Pro Hac Vice by Davol Inc. (Attachments: # 1 Exhibits A# 2 Exhibits B# 3 Text of proposed order)(aty,Irwin, James) (Entered: 06/14/2007) |
| 06/14/2007 | 8 | MOTION for Kirby T. Griffis to Appear Pro Hac Vice by Davol Inc. (Attachments: # 1 Exhibits a# 2 Exhibits b# 3 Text of proposed order)(aty,Irwin, James) (Entered: 06/14/2007) |
| 06/18/2007 | | PRO HAC VICE FILING FEE RECEIVED: for Michael L. Junk and Kirby T. Griffis on behalf of Davol Inc in the amount of $50.00, receipt number 54635007050 (crt,Luce, Tori) (Entered: 06/18/2007) |
| 06/19/2007 | | ELECTRONIC ORDER granting 7 Motion to Appear Pro Hac Vice for appearance of Michael L Junk for Davol Inc., granting 8 Motion to Appear Pro Hac Vice for appearance of Kirby T Griffis for Davol Inc. Signed by Judge Karen L Hayes on 06/19/07. (jud,Hayes, Karen) (Entered: 06/19/2007) |
| 06/26/2007 | 9 | RESPONSE TO REMOVAL ORDER by Davol Inc. (Attachments: # 1 Exhibits)(aty,Irwin, James) (Entered: 06/26/2007) |
| 08/13/2007 | 10 | LETTER from Clerk of Judicial Panel on Multidistrict Litigation to Clerk of District of Rhode Island enclosing copy of Conditional Transfer Order (CTO-2) and advising 15-day period has elapsed and no opposition was received. In re: Kugel Mesh Hernia Patch Products Liability Litigation (crt,Reeves, T) (Entered: 08/16/2007) |
| 08/15/2007 | 11 | ORDER FOR MULTI-DISTRICT LITIGATION TRANSFER directing transfer to District of Rhode Island, with certified copy of docket sheet and a copy of the complaint forwarded to receiving court, via e-mail, with letter containing instructions for the electronic record to be accessed through our web site if needed. Case Terminated. All future pleadings should be filed with the newly assigned court. (Attachments: # 1 Letter of Transmittal) (crt,Williams, L) (Entered: 08/22/2007) |